COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 April 16, 2015
 No. 10-14-00322-CV
 BRAD BOWER
 v.
 AMERICAN LUMBER, INC.
 
 center-4254500
 From the 85[th] District Court
 Brazos County, Texas
 Trial Court No. 13-002584-CV-85
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised. Because it is the opinion of this Court that there was error in the trial court's Order Overruling/Denying Defendant Brad Bower's Verified Special Appearance and Motion to Dismiss for Lack of Personal Jurisdiction; it is the judgment of this Court that the Order Overruling/Denying Defendant Brad Bower's Verified Special Appearance and Motion to Dismiss for Lack of Personal Jurisdiction signed by the trial court on October 2, 2014 is reversed and remanded to the trial court for further proceedings. 
It is further ordered that Brad Bower is awarded judgment against American Lumber, Inc. for Brad Bower's appellate costs that were paid, if any, by Brad Bower; and all unpaid appellate court cost, if any, is taxed against American Lumber, Inc.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: 3040380-17145000 
 Deputy Clerk